# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  | JUDGMENT IN CASE |
|---|---|---|
| Damon Emil Fields, | ) | |
| Plaintiff(s), | ) | 3:20-cv-00055-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Gaston County, | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2020 Order.

May 18, 2020

_____
Frank G. Johns, Clerk
United States District Court